IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN D. PRICE,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN JARETT, and UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | 8:15CV200<br><br>ORDER |

  This matter is before the Court on Defendants' Unopposed Motion to Extend Progression Order Deadlines.  (Filing No. 56.)  Defendants request that the deadline for filing summary judgment motions be extended until seven days after the Court rules on a yet-to-be-filed motion for protective order.  Alternatively, Defendants request that the deadline be extended until seven days after Plaintiff has completed the deposition of Kathleen Hughes.  Defendants' Motion to Extend will be granted.  However, this extension necessitates moving the trial scheduled in this matter.

  Accordingly,

  IT IS ORDERED:

  1. Defendants' Unopposed Motion to Extend Progression Order Deadlines (Filing No. 56) is granted.

  2. The progression deadlines set in this case are stayed.  The final pretrial conference and trial are continued and will be rescheduled following a ruling on Defendants' anticipated motion for protective order.

  3. In the event Defendants do not file a motion for protective order by February 14, 2017, the parties shall submit a proposed amended progression order to Bazis@ned.uscourts.gov.

The clerk of court is directed to set a case management deadline in this case using the following text: "February 14, 2017: Motion for Protective Order or Proposed Progression Order Due."

Dated this 7th day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge