IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN D. PRICE,<br><br>                Plaintiff,<br><br>vs.<br><br>BRIAN JARETT, and UNION PACIFIC RAILROAD COMPANY,<br><br>                Defendants. | **8:15CV200**<br><br>**ORDER** |

This matter is before the Court on the Joint Motion to Amend Progression Order. (Filing No. 90.) The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. The trial and pretrial conference scheduled in this matter are continued.

2. A telephonic status conference will be held on September 20, 2017 at 10:00 a.m. to set a new trial date and discuss case progression. Case conferencing instructions are found at (Filing No. 91).

Dated this 8th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge