IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN PRICE, | |
| Plaintiff, | 8:15CV200 |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY and BRIAN JARRETT, | |
| Defendants. | |

Pursuant to the parties' joint stipulation (Filing No. 99) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to bear their own costs and attorney fees incurred herein.

DATED this 16th day of March, 2018.

BY THE COURT:

\_\_\_s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge